Law Offices of

## The Semrad Law Firm, LLC

Accounting Department
2332 Galiano Street, Coral Gables, Miami FL 33134
Phone: (855) 206-1524 Email: accounting@semradlaw.com
accounting@semradlaw.com

# CREDIT/DEBIT CARD AUTHORIZATION FORM

| | |
|---|---|
| Intake Attorney: | N/A |
| RJS Employee: | DHuang@semradlaw.com |
| Client Name: | Brown, Cheryl |
| File Number: | 199575 |
| Amount Paid Today: | $0.00 |
| Post-dated Payment Total: | $1700.00 |
| Total Paid Under Agreement: | $1700.00 |
| Agreement Type: | Chapter 7 |

| PAYMENT SCHEDULE: | |
|---|---|
| DATE | AMOUNT |
| 01/10/2021 | 212.50 |
| 02/10/2021 | 212.50 |
| 03/10/2021 | 212.50 |
| 04/10/2021 | 212.50 |
| 05/10/2021 | 212.50 |
| 06/10/2021 | 212.50 |
| 07/10/2021 | 212.50 |
| 08/10/2021 | 212.50 |
| TOTAL | $1700.00 |

| | |
|---|---|
| Card Info: | Debit Card |
| Card Number: | 7119 |
| Expiration: | 9/2023 |
| Name: | Brown, Cheryl |
| Address: | 55 NE 151st Street |
| | Miami, FL 33162 |
| Email: | brownc2002@gmail.com |

**Exhibit C**

Authorization:

I authorize The Semrad Law Firm LLC to charge the credit card indicated in this authorization form per the terms outlined above. I understand that this authorization will remain in effect until the full amount of attorney's fees are paid in full, and I agree to notify The Semrad Law Firm of any changes in my account information. I certify I am an authorized user of this credit/ debit card and that I will not dispute the scheduled payments with my credit card issuer.

Cardholder Signature _____    Date    12-15-2020

## Signature Certificate

Document Ref.: SIZVP-M2ZYK-4NJPV-WWCLW

Document signed by:



**Cheryl Brown**

Verified E-mail:
brownc2002@gmail.com



| IP: 98.242.148.108 | Date: 10 Feb 2021 23:51:56 UTC |

Document completed by all parties on:
10 Feb 2021 23:51:56 UTC
Page 1 of 1



Signed with **PandaDoc.com**

PandaDoc is the document platform that boosts your company's revenue by accelerating the way it transacts.

