Law Offices of

## The Semrad Law Firm, LLC

Accounting Department
2332 Galiano Street, Coral Gables, Miami FL 33134
Phone: (855) 206-1524 Email: accounting@semradlaw.com
accounting@semradlaw.com

# CREDIT/DEBIT CARD AUTHORIZATION FORM

| | |
|---|---|
| Intake Attorney: | N/A |
| RJS Employee: | efeldman@semradlaw.com |
| Client Name: | Brown, Cheryl |
| File Number: | 199575 |
| Amount Paid Today: | $212.50 |
| Post-dated Payment Total: | $1487.50 |
| Total Paid Under Agreement: | $1700.00 |
| Agreement Type: | Chapter 7 |

| PAYMENT SCHEDULE: | |
|---|---|
| DATE | AMOUNT |
| 02/21/2021 | 212.50 |
| 03/21/2021 | 212.50 |
| 04/21/2021 | 212.50 |
| 05/21/2021 | 212.50 |
| 06/21/2021 | 212.50 |
| 07/21/2021 | 212.50 |
| 08/21/2021 | 212.50 |
| TOTAL | $1487.50 |

| | |
|---|---|
| Card Info: | Debit Card |
| Card Number: | 1751 |
| Expiration: | 11/2025 |
| Name: | Brown, Cheryl |
| Address: | 55 NE 151st Street |
| | Miami, FL 33162 |
| Email: | brownc2002@gmail.com |

**Exhibit D**

Authorization:

I authorize The Semrad Law Firm LLC to charge the credit card indicated in this authorization form per the terms outlined above. I understand that this authorization will remain in effect until the full amount of attorney's fees are paid in full, and I agree to notify The Semrad Law Firm of any changes in my account information. I certify I am an authorized user of this credit/ debit card and that I will not dispute the scheduled payments with my credit card issuer.

Cardholder Signature _____    Date    02-11-2021