Law Offices of

# The Semrad Law Firm, LLC

Accounting Department
2332 Galiano Street, Coral Gables, Miami FL 33134
Phone: (855) 206-1524 Email: accounting@semradlaw.com
accounting@semradlaw.com

## Payment Acknowledgement

| | |
|---|---|
| **Client:** | Brown, Cheryl |
| **File Number:** | 199575 |
| **Date:** | 01/21/2021 |
| **Trans No:** | 2340826 |
| **Card:** | AMEX -  Ending in: 1751 Expires: 11/2025 Auth: 975864 |
| **Code:** | PAID - DEBIT CARD |
| **Amount:** | $212.50 |

Signature: _____

Cardholder acknowledges receipt of goods and/or services in the amount of the total shown heron and agrees to perform the obligations set forth in the card members agreement with the issuer.

## Exhibit E

02/11/2021 10:03 AM